**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **J. D. EVANS, INC.**, a South Dakota corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-4059 |
| vs. | ) ) ) | **The Hon. Lawrence Piersol** |
| **VOLVO GROUP NORTH AMERICA, INC.**, a Delaware corporation, | ) ) ) ) | |
| **VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC.**, a Delaware     corporation, | ) ) ) ) ) | **Defendant Ingersoll-Rand Company's Motion for Summary Judgment** |
| **VOLVO ROAD MACHINERY, INC.**, a North Carolina corporation, | ) ) ) ) | |
| **INGERSOLL-RAND COMPANY**, a New Jersey corporation, | ) ) ) | |
| Defendants. | ) | |

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, Defendant Ingersoll-Rand Company ("IR") files this Motion for Summary Judgment. As shown in IR's supporting memorandum of law, no genuine issue of material fact exists and IR is entitled to judgment as a matter of law on all of the causes of action asserted by Plaintiff.

Dated at Sioux Falls, South Dakota this 29th day of September, 2009.

/s/ *Eric R. Johnson*
Eric R. Johnson

Thomas M. Frankman
Eric R. Johnson
Davenport, Evans, Hurwitz & Smith LLP
206 West 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030
Phone: 605-336-2880
Fax: 605-335-3639
Email: TFRANKMAN@DEHS.COM
Email: EJOHNSON@DEHS.COM

David R. Jarrett
(admitted pro hac)

Baker & Hostetler LLP
1000 Louisiana Street, Suite 2000
Houston, Texas 77002-5009
Phone: 713-646-1347
Fax: 713-751-1717
Email: DJARRETT@BAKERLAW.COM

*Counsel for Volvo Group North America, Inc., Volvo Construction Equipment North America, Inc., Volvo Road Machinery, Inc. and Ingersoll-Rand Company*

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2009, a true and correct copy of this document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's ECF system. Parties may access this filing through the Court's system.

    Michael P. Healy
    The Healy Law Firm, LLC
    1100 Main Street, Suite 2600
    Kansas City, MO 64105
    Phone: 816-472-8800
    Fax: 816-472-8803
    mphealy@healylawyers.com

    *Counsel for Plaintiff J. D. Evans, Inc.*

                                                /s/ *Eric R. Johnson*